# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREG MLACNIK,

    Petitioner,

vs.

BILL DONAT, *et al.,*

    Respondents.

3:08-cv-00164-LRH-VPC

ORDER

Before the court is respondents' first motion for enlargement of time in which to file and serve a response to the petition for writ of habeas corpus (docket #7). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including December 29, 2008, in which to file and serve a response to the petition for writ of habeas corpus.

DATED this 10th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE