# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREG MLACNIK,

    Petitioner,

vs.

BILL DONAT, *et al.,*

    Respondents.

3:08-cv-00164-LRH-VPC

ORDER

Before the court is petitioner's motion for enlargement of time in which to file and serve an amended habeas corpus petition (docket #13).  Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**.  Petitioner shall have up to and including July 28, 2009, in which to file and serve an amended petition.

DATED this 10th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE