1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8

9    GREG MLACNIK,                     )

10                Petitioner,          )        3:08-cv-00164-LRH-VPC

                                       )

11   vs.                               )        ORDER

                                       )

12   BILL DONAT, *et al.,*             )

                                       )

13                Respondents.         )

     _____/

14

15          Before the court is petitioner's second motion for enlargement of time in which to file and

16   serve an amended habeas corpus petition (docket #16).  Good cause appearing,

17          **IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**.  Petitioner shall

18   have up to and including August 10, 2009, in which to file and serve and amended petition.

19          DATED this 6th day of August, 2009.

20

21

22                                              _____

23                                              LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28