# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREG MLACNIK,

        Petitioner,                 3:08-cv-00164-LRH-VPC

vs.                                        ORDER

BILL DONAT, *et al.,*

        Respondents.

Before the court is respondents' motion for enlargement of time in which to file and serve a response to petitioner's opposition to respondents' motion to dismiss (docket #20). There is no pending motion to dismiss in this case. The court ordered petitioner to file an amended habeas corpus petition on April 23, 2009 (docket #12). Petitioner has complied with the court's order and has filed a first amended petition for writ of habeas corpus (docket #19). The court ordered respondents to file an answer or to otherwise respond to the amended petition within thirty days. To the extent respondents are seeking an enlargement of time in which to answer or otherwise respond to the first amended petition, the court will grant the motion as respondents have shown good cause for the extension.

///

///

///

///

1   **IT IS THEREFORE ORDERED** that respondents' motion for enlargement of time (docket
2   #20) is **GRANTED**. Respondents shall have up to and including September 18, 2009, in which to
3   file and serve an answer or other response to the first amended habeas corpus petition.
4   DATED this 9th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2